EDWARD HARE executor of GEORGE ARCHIBOLD *against* ALEXANDER
MOULTRIE.

Where a defendant has been held to special bail in a suit on a judgment in South Carolina, and has been discharged by the insolvent laws of that state, court will order an exoneretur to be entered.

THE defendant was arrested, and held to special bail on two judgments obtained against him in the Court of Common Pleas of Charleston district, in the state of South Carolina, on the 6th August 1795.

Mr. Ingersoll in behalf of John Baker, Esq., the special bail, moved that an exoneretur should be entered on the bail piece, the defendant having been discharged under the insolvent acts of South Carolina on the 23d June 1798, on his petition, summons to his creditors, and taking the oath prescribed by law. He produced a transcript of the record of the Court of Common Pleas aforesaid, showing these facts, to which was subjoined the certificate of John Faucherand Grimke, one of the judges of the court, that by virtue of the insolvent laws, usage and practice of South Carolina, Moultrie had been discharged from all judgments against him, and also the law whereon his discharge was founded.

Mr. E. Tilghman, *pro quer.* made no opposition to the motion.

*Per cur.* There can be no possible difficulty. The case is at least as strong as that of British subjects, where a discharge by the bankrupt laws of England will protect the person of the bankrupt in this state.

Let the exoneretur be entered.